IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENE ROBINSON : MISCELLANEOUS
:
vs. :
:
FEDERAL BUREAU OF INVESTIGATION: NO. 02-153

O R D E R

**AND NOW**, this 12th day of June, 2002, upon consideration of the motion of Eugene Robinson for return of property, **IT IS HEREBY ORDERED** that the government shall file a response thereto on or before July 15, 2002.

**IT IS FURTHER ORDERED** that the clerk shall serve a copy of the motion and this order upon the United States Attorney for the Eastern District of Pennsylvania.

William H. Yohn, Jr., Judge