IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENE ROBINSON : MISCELLANEOUS
:
vs. :
:
FEDERAL BUREAU OF INVESTIGATION: NO. 02-153

O R D E R

**AND NOW**, this 17th day of July, 2002, upon consideration of the petitioner's motion for return of property and the government's response thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED** in that the appropriate court for the filing of such a motion is the Western District of Pennsylvania and that court has already denied the petitioner's motion by order of May 21, 2002.

William H. Yohn, Jr., Judge